IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **PEACH HILL PROPERTIES,** **Plaintiff** | : : : | |
| vs. | : : | 5:01-cv-381 (WDO) |
| **PEACH COUNTY, GA,** **Defendant** | : : | |

# O R D E R

After hearing from the parties on the plaintiff's request to lift the stay, the Court will decline to lift the stay until such time as the Georgia Supreme Court has ruled on the matter before it and this Court has had an opportunity to review those findings.

**SO ORDERED**, this 11th day of January, 2006.


S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE