IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **PEACH HILL PROPERTIES, INC.,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:01-CV-381 (WDO) |
| **PEACH COUNTY, GEORGIA, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

Plaintiff's motion to amend the complaint to add parties is GRANTED. However, because of the stay that is currently in place, the newly added Defendants will not be required to respond to the complaint at this time, or to otherwise make any appearance in the case until such time as the stay is lifted. When the stay is lifted, the Court will set a scheduling and briefing order that is applicable to all parties.

**SO ORDERED this 13th day of January, 2006.**

**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**