IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PEACH HILL PROPERTIES,<br>    Plaintiff | :<br>:<br>: |
| v. | :   5:01-cv-381 (WDO) |
| | : |
| PEACH COUNTY, GA, et al.,<br>    Defendants | :<br>: |

**O R D E R**

After reading the recent filings in the above referenced matter, the Court **hereby orders** the parties to brief the Court on the issue of whether, based on the findings by the state courts as they relate to the issues in this case and the new factual developments, the motions that have been previously filed in this case are moot.  If so, the pending motions would be dismissed without prejudice to the parties' right to file new motions based on the new facts that have developed and new legal issues that have arisen in the state courts, and possibly how those new issues change the framework of the issues in this Court.  Plaintiff shall file its brief by no later than Friday, October 20, 2006.  Defendants shall file a response thereto by Monday, November 6, 2006.  Plaintiff may file a reply by Monday, November 20, 2006.  A **hearing has been scheduled** on the above matters for Thursday, November 30, 2006 at 11:00 a.m.

**SO ORDERED, this 26ᵗʰ day of September, 2006.**


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE